## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **REV. JOHN LEE MORRIS, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **1:06CV578** |
| | ) | |
| **SUPREME COURT OF THE** | ) | |
| **UNITED STATES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## O-R-D-E-R

Before this Court is Plaintiff's "Motion for this Matter to Come before the Chief Judge of this District Court." *See* Pleading No. 10. Plaintiff's *pro se* filing is vague and ambiguous in large part.

One construction of the motion is a request for recusal by the undersigned. The motion is **DENIED** since Plaintiff has shown no basis for disqualification. To the extent Plaintiff seeks consideration of this case by the Chief Judge, such a request is moot since, in fact, Chief Judge James A. Beaty, Jr., entered the final judgment in this case on September 28, 2006.



/s/ P. Trevor Sharp
United States Magistrate Judge

Date: February 5, 2007